UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,                              CIVIL ACTION No.   13-cv-683

          v.                                  HON.

JEREMY S. FISHER, THE GOOD LIFE
FINANCIAL GROUP, INC. AND
THE GOOD LIFE GLOBAL
ENTERPRISES, LLC,

          Defendants.

_____/

**PLAINTIFF'S REQUEST FOR ENTRY OF
PROPOSED ORDER OF FINAL JUDGMENT AGAINST JEREMY S. FISHER, THE
GOOD LIFE FINANCIAL GROUP, INC. AND THE GOOD LIFE GLOBAL
<u>ENTERPRISES, LLC</u>**

Plaintiff, the U.S. Securities and Exchange Commission ("the Commission"), has filed a

civil complaint against Defendants Jeremy S. Fisher, The Good Life Financial Group, Inc., and

The Good Life Global Enterprises, LLC.  (Docket No. 1)  The Defendants have consented to the

entry of final judgments against them which:  (1) permanently enjoins them from violating

certain provisions of the federal securities laws; and, (2) requires them to pay an agreed amount

of disgorgement of ill-gotten gains and prejudgment interest, jointly and severally; and (3)

requires Defendant Fisher to pay a statutory civil penalty.  (*See* Exhibit 1, Consent of Jeremy S.

Fisher; Exhibit 2, Consent of The Good Life Financial Group, Inc.; and Exhibit 3, Consent of

The Good Life Global Enterprises, LLC.)  Accordingly, the Commission respectfully requests

that this Court enter the proposed orders of Final Judgment as to each Defendant, which are

attached to each Consent in Exhibits 1-3.

Dated:  September 30, 2013.                    Respectfully submitted,

                                               s/ Steven L. Klawans
                                               Steven L. Klawans (IL Bar # 6229593)
                                               Tracy W. Lo (IL Bar # 6270173)
                                               175 W. Jackson Blvd., Suite 900
                                               Chicago, Illinois  60604
                                               (312) 353-7390
                                               (312) 353-7398 (fax)

                                               *Attorneys for the Plaintiff, United States*
                                               *Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, September, 30, 2013, I have sent by first-class mail a copy of the Plaintiff's Request for the Entry of Proposed Order of Final Judgment against Jeremy S. Fisher, The Good Life Financial Group, Inc., and The Good Life Global Enterprises, LLC to the following non CM/ECF participants:

Jeremy S. Fisher
615 S. Fifth Street
La Crescent, Minnesota 55947

s/ Steven L. Klawans
Steven L. Klawans
One of the Attorneys for Plaintiff
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL  60604-2615
Phone:  (312) 353-7390
Facsimile:  (312) 353-7398
Email: klawanss@sec.gov