IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,                             ORDER

v.                                            13-cv-683-wmc

JEREMY S. FISHER, THE GOOD LIFE
FINANCIAL GROUP, INC., AND
THE GOOD LIFE GLOBAL
ENTERPRISES, LLC,

          Defendants.

---

        In response to plaintiff's status report regarding collection efforts against defendants Jeremy Firsher, The Good Life Financial Group, Inc. and The Good Life Global Enterprises, LLC (dkt. #11), the court will extend plaintiff's deadline to propose a plan for distribution of the Fund by 90 days (until June 20, 2014), at which time plaintiff shall either file its proposed distribution plan or inform this court of the following: (1) the steps that have been taken to collect the monies owed by the Defendants; (2) the additional steps that the Office of Collections expects to take; (3) the amount of monies, if any, collected from the Defendants; and (4) a recommendation as to when the filing of a distribution plan is likely to be appropriate.

        Entered this 8th day of April, 2014.

                                                      BY THE COURT:

                                                      /s/

                                                      WILLIAM M. CONLEY
                                                      District Judge